1. Provisional National Government of Vietnam
Phat Van Bui, Attorney General
2. In Care of 9852 Katella Avenue, No. 311,
Anaheim, Republic of California [92804]
3.
Plaintiff
4.
5.

*fee paid*

**FILED**

2016 NOV 14 PM 3:20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

6.
7.
8.                UNITED STATES DISTRICT COURT

9.        Central District of California Southern Division

10.
Provisional National              )
11. Government of Vietnam,           ) CASE NO. **SACV16-02052 JAK (AFM)**
Phat Van Bui, Attorney General     )
12.                                   ) ACTION
        Plaintiff,                  ) FOR TRESPASS, AND
13.                                   ) TRESPASS ON THE CASE.
            vs.                      )
14.                                   )
WALTER CHEN, as Individual;        )
15. FORMOSA PLASTIC CORPORATION, a   )
 New Jersey Corporation;            )
16. FORMOSA PLASTIC GROUP, Taiwan;   )
FORMOSA HA TINH STEEL CORP.,       )
17.  Vietnam;                        )
FORMOSA INDUSTRIES CORP, Vietnam;  )
18.                                   ) VERIFIED
        Defendants.                 )
19.                                   )
                                     )
20. --------------------------------)---------------------------

21.          FIRST CAUSE OF ACTION - TRESPASS

22.                      PARTIES

23.

24. 1.  Phat Van Bui, (hereinafter "Bui") is one of the people of

25. California and in this court of record complains of the

26. following: Walter Chen, FORMOSA PLASTICS CORPORATION, U.S.A.,

27. FORMOSA PLASTIC GROUP, FORMOSA HA TINH STEEL CORPORATION, and

-------------------------------------------------------------

FORMOSA INDUSTRIES CORP., (each hereinafter "polluters") who are each summoned to answer the said Plaintiff in a plea of Trespass, and Trespass on the Case to wit:

## INTRODUCTION

2.    Each "polluter" exceeded his jurisdiction by either directly, through an agent, or in concert with another did unlawfully and forcibly released toxic wastes into the sea, Vung Ang, Vietnam, against the people's will, without jurisdiction or good cause.  At the onset of the unlawful releasing of toxic wastes, the plaintiff Bui[1] was living-off the sea and making a living by economic transactions through fishery, salt manufacturing, and other related fish products.

3.    From the moment the polluter, without jurisdiction or good caused, released toxic wastes till the present, the plaintiff has suffered loss of industries, loss of liberties, and loss of life.  Although he objected to the assumed jurisdiction, those who kept releasing toxic wastes into the sea, under color of law, did not respond to any of his demands and requests for "cease and desist" and "notice and demand", or for reinstatement of his liberty.  They continued to assume the jurisdiction and/or power, without proof of jurisdiction or any attempt at proof of jurisdiction.

---

[1] See Exhibit L for Declaration of Fact.

4. The plaintiff DID NOT consent to any of the polluter's action(s) by releasing toxic wastes into the sea. The plaintiff objected to the polluters said action.

5. The plaintiff Bui has duly[2] served many communications to the polluters, in good faith, in trying to resolve the problems. At this moment, the plaintiff Bui has not received any correspondence from the polluters.

SPECIFICS

6. On or about April 6, 2016, in the Province of Ha Tinh, near the port of Vung Ang, massive amount of dead fishes washed ashore. Shortly thereafter, about 200 miles of the coastal regions of central Vietnam (from Vung Ang to about Da Nang) also have massive amount of death fish washed ashore, as evidenced in Exhibit A, and are incorporated by reference as though fully stated herein.

7. The people of Vung Ang and nearby provinces investigated by diving into the water near the polluters' steel plant in Vung Ang, and found the polluter, unlawfully, without jurisdiction and good caused was releasing toxic wastes into the sea. There are people claiming to have known the polluters have been doing

---

[2] Duly...according to law in both form and substance.  Black's Law Dictionary, Fifth Edition

---

ACTION FOR TRESPASS, AND TRESPASS ON THE CASE.

so for a sometimes. See attached as Exhibit B and is incorporated by reference as though fully stated herein.

8.   Soon after the video and pictures of the mentioned in Exhibit B surfaced in the media, social media and other news outlets, the polluters' Head of Office of Formosa Steel Plant, in Vung Ang, spoke to the Vietnamese media. He stated, verbatim: "…hay chon ca, hay chon nha may sat…", which translated to "…you have to choose the fish or the steel plant…". The video exploded on social media and caused much needed attention to the massive fish-deaths, loss of the fishing industry, and loss of related industries and products. See Exhibit C for the link to the video, and is incorporated by reference as though fully stated herein.

9.   Soon after that, the people living around the affected area started getting extremely sick for eating fish and fish products. The 7 Billion United States Dollar per annum fishing industry is destroyed leaving the fisherman jobless. There are many other relating industries that are also destroyed. See attached Exhibit D, and is incorporated by reference as though fully stated herein.

10. On or about May 01, 2016, plaintiff Bui sent a "cease and desist" letter to FORMOSA PLASTICS CORPORATION USA and FORMOSA PLASTICS GROUP, Taiwan. See Exhibit E, and are incorporated by reference as though fully stated herein.

---

11. By this time, more and more fish washed ashore as each day goes by. The lively hood of the locals and industries are still in jeopardy. No attempts have been made by the polluters to stop and/or to restore the sea to it normal state. The people are wary of the future, and wary of how they can put food on the table for their children.   The people are still suffering because their only mean of living was taken away from them. They loss their liberty (natural, and personal) because they cannot choose their own faith, nor can they contract, or freely transacting businesses, and freely making a living without anyone impeding on that right. All of which are liberty given to them by their creator.

12.   Because of the polluters inaction, there were more and more people taking to the street (in Vietnam, Taiwan, Japan, and the United States) to protest and demanding that the polluter to leave Vietnam and must stop polluting.   See attached Exhibit F, and are incorporated by reference as though fully stated herein.

13. On or about June 29, 2016, Formosa Plastic Corporation and its executives willingly and knowingly enter an admission of guilt in public. See link on attached Exhibit G, and incorporated by reference as though fully stated herein.

14.   On or about July 29, 2016, the plaintiff served a "notice and demand" to the polluter.   See attached Exhibit H and are incorporated by reference as though fully stated herein.

15.   By this time, the protest grown even bigger, and the people's consensus is they want FORMOSA to "get out of Vietnam" and pay for the "damages" it has caused.

16.   The plaintiff Bui sent a "notice of default, affidavit of notice" to the polluter.   See attached Exhibit I and are incorporated by reference as though fully stated herein.

17.   Again, there are tens of thousands of people disagreed with the polluter's actions. And the people brought their protest to the front gate of FORMOSA, in Vung Ang, Vietnam.   See Exhibit J and is incorporated by reference as though fully stated herein.

18.   The polluters defaulted on the "cease and desist" letter, defaulted on the "notice and demand" and defaulted on the "notice of default, affidavit of notice".

19.   Consequential Damages[3]: The long-term implication of health risks and concerns includes: birth defects, liver failure, kidney failure, cancer, brain damage and other diseases.

---

[3] 1897 Bouvier Law Dictionary, Volume 1, page 401.

20.   At all times mentioned in this action each defendant is the agent of the other, and in doing the acts alleged in this action, each is acting within the course and scope of said agency.   The following paragraphs describe what the polluters, under color of law, either acted or failed to act as obligated.

21.   Each defendant exceeded his jurisdiction under color of law.   Each defendant acted in concert with the remaining defendants to effect the unlawful loss of liberty (natural/personal), unlawful loss of lively-hood, and unlawful loss of industries of plaintiff.

22.   Each defendant have knowledge and are willingly and knowingly acting against unlawfully and acted against said facts[4] and allegations.   The Defendants unlawfully, without jurisdiction, without good cause, willingly and knowingly releasing toxic wastes that have caused tremendous damages to industries, lively-hood of the people and have caused loss of life.

23.   Because of the actions committed with actual and implied force or the lack of action of the defendants, plaintiff was

---

[4] "The fact or facts which give a person a right to judicial relief. The legal effect of an occurrence in terms of redress to a party to the occurrence.   A situation or state of facts which would entitle party to sustain action and give him right to seek a judicial remedy in his behalf."   Thomson v. Zurich Ins. Co., D.C. Minn., 39 F. Supp. 1178, 1181.

ACTION FOR TRESPASS. AND TRESPASS ON THE CASE.

immediately and directly injured and suffered loss of liberty, and imprisoned[5] under color of law.

24.   Defendants have a duty to not cause plaintiff loss of ability to make a living, to not cause loss of liberties, to not cause loss of industries, loss of natural rights (given to us by the creator), loss of life, and impeding with the plaintiff's ability to contract.  Further, defendants have a duty to be subject to jurisdiction of the people when the people asserted.

25.   Defendants have breached that duty.

26.   The totaled damages is $28 Billion United States Dollars. It is outline in the "notice and demand". The damages are concurrent with and are reasonable comparing to similar pollution cases like British Petroleum Deepwater Horizon.

### SECOND CAUSE OF ACTION - TRESPASS ON THE CASE

27.   Paragraphs 1 through 26 of FIRST CAUSE OF ACTION are included by reference as though fully stated herein.

---

[5] Imprisonment: … it may be in a locality used only for the specific occasion; or it may take place without the actual application of any physical agencies of restraint (such as locks or bars), as by verbal compulsion and the display of available force. Black's Law Dictionary, 5th Edition. Imprison: to confine a person or restrain his liberty in any way. Black's Law Dictionary, 5th Edition.

28.  By right, plaintiff reasonably expects to proceed without injury, secure in his capacities.  By right, plaintiff reasonably expects to exercise his right to negotiate and to enter a contract. By right, plaintiff reasonably expects to make a living, provide for his family and pursuit his happiness.

29.  Defendants have a legal duty to use due care and not cause an injury to plaintiff or interfere with said rights in any way.

30.  Defendants breached that duty by proximately or legally, directly and indirectly, causing the injuries to plaintiff.

31.  The damages claimed are all a result of the injuries.

### THIRD CAUSE OF ACTION - TRESPASS ON THE CASE
### VICARIOUS LIABILITY

32.  Paragraphs 1 through 26 of FIRST CAUSE OF ACTION are included by reference as though fully stated herein.

33.  Power is never without responsibility. And when authority derives in part from Government's thumb on the scales, the exercise of that power by private persons becomes closely akin, in some respects, to its exercise by Government itself.

34.  The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are

placed on the source of the actions and others who make the
actions possible rather than on injured persons who are
powerless to protect themselves. For a defendant to be
vicariously liable it must play an integral and vital part in
the overall production and promotion activity so that the actor
is in a position to affect others or, at the very least, it must
provide a link in the chain of exposing the ultimate victim to
the actor. The vicariously liable defendant must be in the
business of controlling, leasing, bailing, or licensing the
actors.

35.   Each defendant is an agent of the other, and each has his
place in the chain of exposing plaintiff Bui to the actors.
Each defendant is vicariously liable for each instance of injury
to plaintiff.

## LAW OF THE CASE

36.   Exhibit "K" is incorporated by reference as though fully
stated herein.

## REQUEST FOR RELIEF

37.   For that cause of action therefore Plaintiff brings his
suit.

ACTION FOR TRESPASS, AND TRESPASS ON THE CASE.

38.  WHEREFORE, Plaintiff requests relief and judgment against Defendants as follows:

39.  WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

On all causes of action:

40.  For general damages and as outline in "notice and demand" in the sum of $28 Billion United States Dollar;

41.  For loss of earnings (from fishing industries and related industries) according to proof;

42.  For cost of clean-up;

43.  That the court permanently enjoin defendants from interfering in any way with plaintiff's lawful right to make a living through fishing, transacting in legal businesses, and contracts;

44.  That the court grant plaintiff his attorney's fees;

45.  That the court grant plaintiff consequential damages according to proof;

ACTION FOR TRESPASS, AND TRESPASS ON THE CASE.

46.   That the court grant plaintiff such other and further relief as the court deems proper;

47.   For interest as allowed by law; and

48.   For costs of suit incurred.

49.   I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

November 14, 2016, County of Los Angeles, California

Respectfully submitted,

Phat Van Bui

Attornatus Privatus

ACTION FOR TRESPASS, AND TRESPASS ON THE CASE.

## Exhibit Table of Contents

Exhibit A - Massive Amount of Dead Fish Washed Ashore

Exhibit B - Diver Found Evidence of Unlawful Releasing of Toxic Wastes and Waste Pipeline into the Sea.

Exhibit C - Video of Head of Office, Formosa - Fish or Steel Plant

Exhibit D - Industries Destroyed

Exhibit E - Cease and Desist Letter

Exhibit F - More Protest around the World (Vietnam, Taiwan, Japan, USA)

Exhibit G - Admission of Guilt - June 29, 2016

Exhibit H - Notice and Demand

Exhibit I - Notice of Default, Affidavit of Notice

Exhibit J - Massive Protest

Exhibit K - Law of the Case

Exhibit L - Declaration of Fact

### Exhibit A – Massive Amount of Dead Fish Washed Ashore

The massive dead fishes from the sea into the nearby channels and water where fish cultivation and fishing industry were destroyed. See attached article showing a clear picture of the massive amount of dead fishes.  We object to the article's estimate because it is way under value for the amount of fishes dead and dollar amount. We think the damages are much higher.

It shows that Formosa have been a repeated offender of pollution and unethical practices. It is one of the top polluter in the world as the article indicated and as indicated in our NOTICE AND DEMAND.








See attached article.

Linh Tong's Article

Vietnam Fish Deaths Cast Suspicion on Formosa Steel Plant







In addition to the off-shore conflict in the South China Sea, Vietnamese citizens now have to face another disaster on the country's central coast. Unprecedented fish kills have been discovered along the beaches of four central coastal provinces, namely Ha Tinh, Quang Tri, Quang Binh, and Hue. Among the dead fish are not only small, shallow water fish, but also rare species living in deep water and far offshore.

Tiun, a Vietnamese merman, cited the Vietnam Directorate of Fisheries as saying that "The total loss reached 20.7 billion dong (around $1,000,000) in less than two weeks, including 150,200 brood fish, 2,700,000 brood shrimps, and 600,000 brood clams in Ha Tinh Province. Hue also lost 15,900 brood fishes."



Then, on April 24, a 100 kg whale was also found dead on the coast of Hue Province. According to the coastal citizens, this is an abnormal phenomenon, since previously discovered dead whales had been much larger and presumably died from old age. Locals are concerned that this small whale also died f om poisoned water, along with the other fish i  the mass fish kills along the central coast this month. This raised alarm among the citizens since it offered proof of the massive extent of the poisoned area.

Never in their life have local fishermen caught fish so easily and in such a great amount, and yet felt so frustra ed and d sperate. No one dares to eat the fish. Some who tried have already had to go the hospital.

On April 26, five divers with the Nibelc company, a construction company contract by Hung Nghiep Formosa Ha Tinh Steel Corp (an offshoot of the Taiwan-based Formosa Plastics Group) had to be hospitalized suspiciously, allegedly due to pollution dumped by Formosa industrial site into the sea water in Ha Tinh. Previously, on April 24, Le Van Ngay, another Nibelc diver, died after diving in the water near the Formosa project.

While the government has been slow in responding and investigating the fish deaths, the citizens and reporters of VTV, together with the Investigation Center of Ha Tinh, conducted a public experiment with the polluted sea water. The experiment observed two normal, living fish dying within two minutes of swimming in the water sample. The first official conclusion from the Vietnam Ministry of Agriculture and Rural Development was that the cause of the fish kill was not contagious disease but poisoned water. However, there have been no announcement as to what could have tainted the water.



Local fishermen have been observing the dumping process of Formosa's steel plant in Ha Tinh province. The fishermen found out about the existence of an undersea dumping pipeline two years ago, but the dumping was not noticeable. According to their accounts, this year there was suddenly a huge amount of discharge, visible in the form of a red water column near the pipes. After that, the mass fish kill appeared across all four central coastal provinces

An investigation is still underway, and a Vietnamese official cautioned that there is no proof linking Formosa to the fish deaths. However, Formosa has drawn fire for the blunt words of Chu Xuan Pham, the director of the company's local external relations department. In an interview with VTC on April 25, he said: "Before acquiring the land, we already advised local fishermen to change their jobs. Despite our early recommendation, local fishermen kept on fishing in this area. Many times in life, people have to make a choice: either to catch and sell fish, or to develop the steel industry. We cannot have both."

What an attitude! Formosa publicly announced they had invested $45 million in the dumping system. Based on the comment from Formosa's representative, the investors believe that they have already paid their money and now are free to "develop" however they want. Chu later apologized for his comment, but the damage was done.

Making things worse, it seemed like Formosa, a multi-national corporation, had elevated itself even above the Vietnamese government. At the beginning, state-assigned inspectors were forbidden from entering the Formosa's land, based on concerns about confidentiality. Only after the reporters and citizens raised concerns did Formosa allow the inspectors to take the samples for testing.



Looking back at Formosa's record on environmental issues, perhaps it's not surprising that 30 tons of fish have died in one week in Vietnam. In 2009, the Formosa Plastics Group "won" the Black Planet award, a negative "award" issued by the German foundation Ethecon to individuals and companies engaging in environmental destruction (a fellow "winner" is Monsanto, which, along with Dow Chemical, manufactured the infamous Agent Orange). While making a great contribution to the industrialization and economic development of Taiwan, Formosa Plastics Group has also earned a bad reputation for harming the environment. In the United States, in Texas and Louisiana, Formosa factories were found to have dumped toxins into the land and groundwater, and even the Mississippi River. In 2009, Formosa was fined $2.8 million dollars by the EPA to resolve environmental problems in Texas and Louisiana.

In 1998, Formosa Plastic dumped 3,000 tons of waste (containing mercury) in in Sihanoukville, Cambodia. When residents fell ill (five later died), it sparked riots. Roughly 1,000 citizens fled their homes and marched on Phnom Penh. The Cambodian government later sued Formosa for bribing the local government with $4 million to be allowed to dump the waste; 30 local officials were forced to resign.

A similar situation seems to be repeating in Vietnam. It has been almost one month since the first fish deaths, but the government has been slow to react and there seem to be no signs of an effective solution.

Linh Tong is a research assistant at ADA University

**Categories**

SAVE THE ANIMALS
SAVE THE NATURE
SAVE THE OCEAN
SAVE THE WORLD

**Most Viewed**

**Exhibit B – Diver Found Evidence of Unlawful Releasing of Toxic Wastes and Waste Pipeline into the Sea.**

Diver found the pipe that Formosa releasing untreated toxic wastes.  The link below is the video of the divers (who are fisherman as well).

https://www.facebook.com/botuphap.vnch/videos/1597371590568919/





*Thợ lặn Chu Văn Đại*

Là thợ lặn chuyên nghiệp của Cty Formosa Hà Tĩnh, ông Chu Văn Đại (thôn Hải Phong 2, xã Kỳ Lợi, thị xã Kỳ Anh, Hà Tĩnh) phát hiện cá chết rất nhiều vào trưa 6.4, sức khỏe bị ảnh hưởng nên ông cùng 14 thợ lặn làm đơn xin nghỉ. Vị trí lặn tại điểm cuối của Cty Formosa, sát vị trí xả thải.

Chu Van Dai

A professional diver for Formosa Ha Tinh.  He realized that fish was dying on June 4.  His health was in bad shape.  He and 14 (fourteen) other divers put in an application to quit.  He and other divers are the one pin point the exact location of Formosa's releasing toxic wastes.

**Exhibit C - Video of Head of Office, Formosa - Fish or Steel Plant?**

The bellow is the video of the head of Formosa asking to pick one option.  Fish or Steel Plant?

https://www.facebook.com/botuphap.vnch/videos/1556547421318003/


Summary of the Video:

Sometimes you gain something and you lose something else. Sometimes you cannot get both…You have to ask yourself…I want fishing, shrimping or I want steel plant?

Exhibit D – Industries Destroyed

The toxic wastes released by Formosa has destroyed the finishing industry, fish farming industry, commerce and other related business (fish sauce, salt manufacturing, etc…).

There are many boats (from Vung Ang to Da Nang) just sitting on the harbor or shore because they cannot fish any longer.  These are just a few pictures to help understand the size of the problem. Some boat has cover on because the fisherman are not expecting to return to fishing anytime soon.












## Exhibit E - Cease and Desist Letter

See attached.

---------------------------------------------------------------

[THIS PAGE WAS INTENTIONALLY LEFT BLANK]

To:    Formosa Plastics Corporation USA
       Attn: C.T. Lee, Chairman/President
       9 Peach Tree Hill Rd,
       Livingston, NJ 07039

From:

Provisional National Government of
Vietnam

Copy: FORMOSA PLASTICS CORPORATION
       Formosa Plastic Group
       Chih Tsun Li, Chien Nan Lin
       100, Shuiguan Rd.
       Kaohsiung City, Taiwan

Department of Justice
P.O. Box 2807
Anaheim 92814
Republic of California
United States

## Notice of Cease and Desist

### *Notice to Principal is Notice to Agent.  Notice to Agent is Notice to Principal.*

Please take notice of the following:

As you know, the situation regarding Formosa releasing toxic wastes into the sea in Vung An, Vietnam.

The Department of Justice of the Provisional National Government of Vietnam asks that Formosa and its Executives to **Cease and Desist** the releasing of toxic wastes into the sea, in Vung An, Vietnam.   We condemned any deliberate actions that caused harms to the environment and to our People.

We think it is fair that Formosa should clean-up the toxic wastes and clean the sea shores immediately.  Formosa should also build a treatment plant to treat the toxic wastes similarly to the US Ecology and/or Environmental Protection Agency standards. In case Formosa and its Executive fail to do so, we will have to defend our People against Formosa in personam or in rem.

We hope you find this "Notice" as a friendly reminder of your responsibilities to the environment and to the People.  You should know that there are thousands of People affected by your "pipeline" (Formosa's using to release untreated toxic) under the sea bed.

We thank you for your cooperation and for your understanding. Should we deem your efforts are met, we will take no further action. Should we find that Formosa continues to does harm then we are forced to defend ourselves against those who caused harms. We look forward to seeing you take action swiftly and make this matter a priority in your agenda.

## Provisional National Government of Vietnam

Department of Justice
P.O. Box 2807
Anaheim 92814
Republic of California

Phat Van Bui
Attorney General

Exhibit F –Protest around the World (Vietnam, Taiwan, Japan, USA)











**The New York Times**  |  http://nyti.ms/2dq3HM9

**ASIA PACIFIC**

# Outrage Over Fish Kill in Vietnam Simmers 6 Months Later

By MIKE IVES    OCT. 3, 2016

HONG KONG — Six months after a chemical spill killed tons of fish and devastated fishing communities along Vietnam's central coast, anger over the episode is still raw, posing a challenge for a government that has struggled to address it.

In the latest sign of this festering outrage, thousands of demonstrators swarmed a steel factory in the central province of Ha Tinh on Sunday, echoing the street protests that erupted in the country's major cities in April when photographs of piled-up fish corpses were widely shared on social media.

After weeks of silence, officials acknowledged in late June that the Formosa Ha Tinh Steel Corporation, the Taiwanese company that owns the steel factory, had caused the deaths by leaking chemicals into the adjacent South China Sea.

Formosa Steel admitted responsibility and agreed to pay $500 million in damages for what many Vietnamese consider one of the worst environmental disasters in the country's modern history.

But residents of coastal villages and towns, where fishing drives the economies, have continued to hold boisterous rallies against the government and the company.

At Sunday's rally, organized by a local Roman Catholic diocese, riot police officers outside the factory clashed with protesters before fleeing the scene, video and photographs circulating on social media show. Some of the protesters later climbed atop the factory's outer wall.

Demonstrators said in telephone interviews on Monday that they had attended the rally to demand that Formosa Steel close the factory and compensate them for damages. Hundreds of people from Ha Tinh have sued the company in recent weeks, many with assistance from the Catholic Church.

"The government tried to hide information and protect Formosa," said Tran Viet Hoa, a fisherman who said his income had fallen more than 70 percent because of the fish kill. "If Formosa remains in Vietnam and doesn't give us our clean environment back, we will continue to protest."

Another protester, Hoang Kim, said that he had seen more than 4,000 people at the rally and that many were Catholics. He said the protesters could have easily entered the factory compound but chose not to because they wanted only to make a point, not to vandalize property.

Online reports about the protest in the state-controlled news media were quickly removed by the Vietnamese authorities, activists said, but the rally was widely discussed on Facebook. Neither the Vietnamese Foreign Ministry nor senior Formosa Steel officials responded to requests for comment on Monday.

The fish kill, which has primarily affected Ha Tinh and three other central provinces, was not the first environmental problem to incite public outrage in Vietnam. Last year, hundreds of people staged weekly protests in Hanoi, the capital, over a government plan to chop down 6,700 trees from the city's boulevards. The protests, coupled with indignation on social media, prompted city officials to postpone the plan indefinitely.

But the fish kill has had a broader national impact than the Hanoi tree protests, analysts say, in part because it has damaged the image of the seafood industry and caused many in the country to reconsider eating what is a staple of their diet.

In addition, many ordinary Vietnamese see Formosa's Ha Tinh steel factory as a symbol of China's economic influence in their country — a politically delicate topic that Vietnam's one-party government has tried to play down, especially as China raises geopolitical tensions in Southeast Asia by aggressively pursuing its claims to disputed territory in the South China Sea.

There is no indication of any involvement by Beijing in the project, but some Vietnamese have focused on the presence of mainland Chinese workers there and have blurred the distinction between China and Taiwan, the self-governing island that Beijing claims as Chinese territory.

In May 2014, the factory was the site of violent protests over China's placement of an oil rig in disputed waters in the South China Sea, off the Vietnamese coast. The factory was under construction at the time, and the construction workers were from a state-owned company from the mainland, the China Metallurgical Group, which had been hired to build it. During the same wave of violence, protesters also vandalized factories in southern Vietnam that were owned by companies from South Korea and Taiwan.

After four of the Chinese workers were killed, the Chinese government evacuated about 3,000 workers from the factory by ship.

This past June, after months of refusing to say definitively what had caused the fish kill, the Vietnamese government said it had occurred after Formosa Steel leaked phenol, cyanide and iron hydroxide into the sea from its steel plant.

# Today's Headlines: Asia Edition

Get news and analysis from Asia and around the world delivered to your inbox every day in the Asian morning.

Enter your email addres

☑  Receive occasional updates and special offers for The New York Times's products and services.

I'm not a robot

reCAPTCHA
Privacy - Terms

See Sample
Privacy Policy

But officials did not release any detailed scientific evidence to support their
conclusion, raising questions about whether other contaminants had been detected
but not publicly reported, said Nguyen Duc Hiep, an environmental scientist in
Australia and a visiting researcher at Ton Duc Thang University in Ho Chi Minh
City, Vietnam.

"If there are heavy metals — for example, lead, mercury, cadmium, arsenic —
then it will stay in the environment for a very long time, and it's very toxic because it
can go up the food chain and cause a lot of damage," Professor Hiep said, adding
that the three chemicals that were publicly disclosed were not necessarily toxic to
fish in the long term.

"A lot of people suspect the reason the scientific report didn't come out is
because there were a lot of heavy metals," he added.

The state news media has reported that the fish kill resulted in tens of
thousands of lost jobs in the affected provinces, and protesters are questioning the
government's suggestions that the problem has largely been resolved.

Nguyen Viet Thanh, a professor of environmental economics at Vietnam
National University in Hanoi, said it was difficult to separate the effects of the toxic
spill from the impact of overfishing and other problems that have long affected
Vietnam's coastal waters.

But he said a general lack of trust in the government, along with the factory's
associations with mainland China and Taiwan, had damaged consumer confidence
in the domestic seafood industry and made it difficult for many fishermen on the
central coast to make a living.

Conflicting accounts about the fish kill by several ministries in the weeks after
the event only added to the suspicions, said Le Quang Binh, former director of the

Hanoi-based Institute for Studies of Society, Economics and Environment. And because so many Vietnamese were debating the issue on social media, he added, they were able to spot inconsistencies and demand more public accountability. "In Vietnam, traditionally people avoid politics because it's sensitive," Mr. Binh said. "But now, more people understand that they cannot avoid politics because politics and policy can affect their lives."

One sign of public engagement with the controversy is the hashtag #IChooseFish that is popular on social media — a mass response to a Formosa Steel spokesman saying at an April news briefing that the Vietnamese should decide whether to catch fish or "build a modern steel industry." A cartoon that circulated on Facebook in the spring imagined President Obama, who visited Vietnam in May, uttering the phrase "I choose fish" at a dinner with Vietnamese officials.

Jonathan D. London, a Vietnam expert at Leiden University in the Netherlands, said the intense public interest in the fish kill presented an acute problem for Vietnam's top leaders, who took office in the spring.

"They're trying to do something that no leaders have had to do in the past," he said, "which is essentially address public outrage that is being freely expressed on a daily basis."

*Follow Mike Ives on Twitter @mikeives.*

*Chau Doan contributed reporting from Hanoi, Vietnam, and Richard C. Paddock from Manila.*

A version of this article appears in print on October 4, 2016, on page A10 of the New York edition with the headline: Outrage Over Fish Killed by Chemicals in Vietnam Simmers 6 Months Later.

© 2016 The New York Times Company

# TAIPEI 🈯️ TIMES

## Formosa Plastics faces protests

LEVERAGE:. A Vietnamese worker said the protest in Taipei would put pressure on Hanoi, which had sought to censor coverage of similar protests back home

By Abraham Gerber / Staff reporter

Sat, Jun 18, 2016 - Page 3

Vietnamese migrant workers yesterday protested outside a hotel where a Formosa Plastics Group (台塑集團) board meeting was taking place, calling on the firm to disclose pollution readings near a Vietnamese steel mill and condemning human rights violations associated with the plant.

More than 30 workers gathered outside Taipei's Sunworld Dynasty hotel, chanting slogans demanding clean sea water, while holding placards showing photographs of dead fish they said washed ashore along the Vietnamese coastline.

While the mill was originally scheduled to begin operations today, the accusations that mass deaths of marine life was linked to its construction have mired the project in controversy and the opening was indefinitely put on hold after Vietnamese authorities demanded that the group pay US$70 million in taxes it has been accused of evading.

"When the fish are boiled, their bones turn green, so it is no wonder some people have gotten diarrhea from eating them," said Mai Hong Song, a factory worker in a Formosa Plastics plant in Taoyuan, adding that many Vietnamese fisherman were out of work because people no longer dared to purchase their catch.

He showed pictures and videos of wastewater from the plant which have circulated on Vietnamese social media, demanding that Formosa Plastics address the issue, while calling on the Taiwanese government to become involved in the investigation.

Protests in Taiwan were important to put pressure on the Vietnamese government as well, which had sought to censor coverage of similar protests domestically, he said.

Representatives from the Environmental Jurists Association, Covenants Watch and the Taiwan Association for Human Rights called on Formosa Plastics to release relevant data and provide compensation, while calling for new regulations to prevent investment scandals overseas.

"Formosa Plastics should shoulder it a social responsibility and make public all information to put an end to doubts and fears," Environmental Jurists Association president Chang Yu-yin (張譽尹) said, calling on the firm to publicize a list of materials imported to construct the mill, as well as any polluting by-products of the construction and how they would be addressed.

He added that the mill should be a Taiwanese concern, because the firm originally intended to construct it in Yunlin County before running into difficulties during an environmental review process.

"The relocation of the mill is the equivalent of 20 Dapu (大埔) cases occurring simultaneously in Vietnam," said Lin Yen-tung (林彥彤), a Taiwan Association for Human Rights housing specialist, referring to a controversial domestic case in which properties were illegally demolished.

He called on the company to provide appropriate compensation, while criticizing the Vietnamese government for denying school enrollment to the children of local residents as a tool to force their relocation.

Human Rights Conventions and Covenants Watch executive board member Huang Yi-bee (黃怡碧) called for legal revisions to force greater corporate responsibility, including allowing foreigners to sue Taiwanese corporations in domestic courts for abuses abroad.

**Published on Taipei Times :**
http://www.taipeitimes.com/News/taiwan/archives/2016/06/18/2003648901
Copyright © 1999-2016 The Taipei Times. All rights reserved.

Exhibit G - Admission of Guilt - June 29, 2016


https://www.facebook.com/botuphap.vnch/videos/1578234815815930/


The Video of the above link shows the admission of guilt from
Formosa for the unlawful releasing of toxic wastes which kills
massive amount of fish along Vietnam's coast line.  Furthermore,
it destroyed the fishing industry and many other relating
industries.



**Exhibit H – Notice and Demand**

See attached.

----------------------------------------------------------------

[THIS PAGE WAS INTENTIONALLY LEFT BLANK]

TO:                                      FROM:


                                         PROVISIONAL NATIONAL
                                         GOVERNMENT OF VIETNAM
FORMOSA PLASTIC GROUP                    Department of Justice

Ma-Ying Jeou, President
Walter Chen, as Individual               Phat Van Bui
President and Vice President,            Attorney General
USA

                                         c.o. Post Office Box 2807
9 Peach Tree Hill                        Anaheim 92814
RoadLivingston, NJ 07039


DATE: July 21, 2016


                         **NOTICE AND DEMAND**

**BACKGROUND**

On or about April 6, 2016, in the Province of Ha Tinh, near port
of Vung Ang, massive amount fish began dying with more and more
wash-up in nearby beaches. Shortly after, the whole coastal
region, south of Vung Ang, of over 200 miles, began to have
massive amount dead fish wash-up in nearby beaches as well. Soon
after that, shell fish, coral, whales, and any sea life, are
dead, washing up shores or floating in the ocean. See Attached
Exhibit A for Videos and incorporated as though fully stated
herein.

The people of Vung Ang and nearby provinces investigated the
cause of the problem because fishery is the main industry in
these regions and estimated to be $7 Billion in annual seafood
exports. NOW, the sea is dead.

Local divers released pictures and video of a massive pipe
releasing, what seem to be, untreated toxic wastes from the
industrial Plant belonging to FORMOSA PLASTIC GROUP, and those
pictures and video began circulating in the internet and media.
Soon after, some of the divers are dead from exposing themselves
to untreated toxic waste while filming and taking pictures of
the pipe directly under the sea bed within close proximity of
Formosa's Steel Plant in Vung Ang.

One of the Plant's executive met news agency and had asked the People of Vietnam to choose the Steel Plant or Fishery.   See attached Exhibit A, and incorporated as though fully stated herein.

On or about June 30, 2016, FORMOSA PLASTICS GROUP Ha Tinh Steel president Chen Yuan-chen admits guilt for mass killing of Fish in Vietnam. See attached Exhibit B, and incorporated as though fully stated herein.

NOW, the local People are still reporting and finding illegal dump sites belonging to Formosa's Steel Plant.

This is not the first time that FORMOSA PLASTIC GROUP, its Presidents, executives and affiliates are under the microscope of the People. FORMOSA has a damaging history in polluting, damaging, reckless, and unethical way of doing business around the world.

Bellow is the Short List:

April 24, 2004 – Central Illinois, in PM

1. Explosion took place in PM killed 5 employees, causing massive evacuation and severely damaged the plant.

According to Axel Kohler-Schnura and Elke von der Beeck of Ethecon Foundation for Ethics & Economics, Formosa Plastics Group have been engaging in foul business practices in the an open letter as follows:

2. "While the production of PVC became more and more ostracised internationally due to its inherent dangers, FPG took advantage of this development and systematically increased its PVC production, thereby advancing to one of the world's leading producers of this extremely poisonous substance. FPG even unethically disregarded the prohibition of PVC production in Taiwan."

3. "In 1998, FORMOSA PLASICS GROUP was caught red-handed while trying to dump 3.000 tons of toxic waste into the sea close to the Cambodian seaport of Sihanoukville. All around the world, the soil, air, and water around FPG's production sites are tremendously poisoned, consequently posing a threat to life and limb of people living nearby."

4. "Time and again, there are also fatalities and severely injured people due to accidents, explosions, and near-catastrophes. For miles around the production sites, windows have already been shattered repeatedly through blast waves after explosions. In Illinois, surrounding municipalities even had to be evacuated completely."

5. "The company is one of the top ten polluters in Taiwan. About 25 percent of all greenhouse gases produced in Taiwan can be accounted to FPG."

A quick search into FORMOSA's history shows that the world has been suffering from industrial pollution by FORMOSA PLASTIC GROUP.

Perhaps no one could have said better than the open letter from Ethecon Foundation Ethics & Economic to FORMOSA PLASTICS GROUP, Family Wang, Lee Chih-tseun and other responsible executives, attached as Exhibit DD, and incorporated as though fully stated herein.


**BREACH OF AGREEMENT**

Whether an agreement is express or imply, no one assume powers of the People unless it is directly given to you via an honest election. Since you do not have direct power from the People, Formosa do not have the right to act, conduct business, negotiate, or do anything to hurt the People, to take on ward, or to claim sovereignty. Since Formosa have no Sovereignty, Formosa DO NOT HAVE the right to hurt the People or deprive them or life, liberty and the pursuit of happiness.

Furthermore, since Formosa is not sovereign, then the People are sovereign by right. Ergo, Formosa is a subject to Sovereign. And subject to Sovereign's rules and regulations whether they are express or imply.

By whatever argument or law (nature or manmade), FORMOSA PLASTIC GROUP, its President, Chairman, owners, executives, affiliates, and agents DO NOT HAVE THE RIGHT to caused harms against any flesh/blood human being, or any being. Furthermore, FORMOSA PLASTIC GROUP, its President, Chairman, owners, executives, affiliates, and agents DO NOT HAVE THE RIGHT to deprive People

of their life, liberty and their pursuit of happiness. Hence, when FORMOSA build a Steel Plant in anywhere in the world, FORMOSA is obligated, and it is its DUTIES to NOT caused harms to the People and environment of the Sovereign. Those are the simplest agreement ever written or imply in any Bible, Buddhist teaching, Koran, Hebrew teaching, Confucius teach, and Lao Tsu teaching. It is also the type of agreement that we all know (like Maxim of Law), it is written in our DNA codes and derived from our Common Sense.

NOW LET IT SAY SIMPLY, that FORMOSA PLASTIC GROUP, its President, Chairman, owners, executives, affiliates, and agents have breach the agreement.


**INJURIES**

As a result of FORMOSA's recklessness, unethical business practices, disregard for nature of law and order, whether they are God's law, or manmade law or the maxims of law, and last but not least, carelessness that have shown through history of Formosa's business practices by the owners, operators and executives, the People have suffered severely and Formosa have caused injuries to the People. The People of Vietnam, the People of the United States, who still have families, land, businesses and love for Vietnam, and the People of the World – where ever Formosa conduct its business, Formosa have caused injuries.

1. Loss of an entire industry of Fishery - where everyone in the coastal area only means of making a living.
2. Loss of life
3. The People lost the ability to feed their family. There are no worst feeling than the feeling of loss of hope because one cannot feed their family.
4. Loss of Jobs
5. Emotional Pain and Suffering – Stress - worry about the future and some of these people have no other means of production, making a living and/or to have basic pursuit of their happiness. That is to put food on their table for their family, children, wives, mothers and fathers.
6. Physical pain - hunger, headaches, heartaches

7. Loss of Property
8. Loss of Liberty
9. AS OF NOW, Formosa has no concrete plan to clean the coastal regions.
10.    AS OF NOW, Formosa has no plan to stop the pollution and still polluting.
11.    AS OF NOW, Formosa has not met the conditions of Cease and Desist Letter, attached herein, and incorporated as though fully stated herein.
12.    Loss of Culture – fishing is a way of life. It is a culture and a way of living
13.    Conspiracy
    a. to deplete people of their power to control them
    b. to fraud the people of their lively hood and liberties
    c. to conduct in unethical business practices to receive benefits
14.    Any yet to mention injuries


**DUTIES**

FORMOSA PLASTIC GROUP, its President, Chairman, owners, executives, affiliates, and agents have a moral, legal, and lawful duty to not cause injury. In accordance with the Universal Imperatives, you must not, engage in any activity such as extortion, conspiracy, racketeering, bribery, lying, or breach of contract, which would cause an unwanted injury to another. The Universal Imperatives are codified in the Codes of State of California, i.e. Penal Code, Civil Code, Business and Professions Code.


**BREACH OF DUTIES**

FORMOSA PLASTIC GROUP, its President, Chairman, owners, executives, affiliates, and agents are breaching the DUTIES by refusing to:

1. Do as directed by the Cease and Desist Letter to:
    a. Stop production
    b. Investigate – third party

    c. Install environmental waste treatment plant in accordance to US Ecology and Environmental Protection Agency standards.

    d. Clean up the damaged area (200 Miles of coastal region south of Vung Ang)

    e. Clean the sea water

    f. Stop dumping toxic water into the sea

2. Take precautions in maintaining and run a steel plant according to ISO standards

3. Do Due Diligence to take steps in treating the toxic wastes.

4. Lying about treatment and power failure.

5. Lying about treatment plant when there is none.

6. Lying about Formosa's obligation by executives.

7. Pay for the clean-up. In the end, the people themselves have to clean up the beaches.

8. Steps to prevent the long term economic effect.

    a. Clean the sea water

    b. Start putting live fish groups back into the sea

    c. Treatment and adding shell lives into the sea

    d. Building micro organism to sustain life again

9. Clean up the beaches.

10.    Any breach of duties not stated herein.

**RESTITUTION AND PENANCE**

Because FORMOSA PLASTIC GROUP, its President, Chairman, owners, executives, affiliates, and agents have said and demonstrated that you have no intention to pay for the long term damages, pay for the industry that is suffering to the tune of $7 Billion a year; because you have no intention to stop production and releasing toxic wastes; because you have no intention to build a toxic treatment plant accordance to US Ecology and Environmental Protection Agency standards; because you failed to install massive clean-up of the beaches; because you refuse to take any action or steps to help the People and to revive the sea life and revive the economic zone and industry; because you show a history of destruction to the environment around the world; because you defrauded and lie when you should not so done; and because you have harm countless of lives, way of life, cultures, and disregard for anything beside profitability; now therefore

your immediate visible property aforementioned shall be the restitution and penance by which the Provisional National Government of Vietnam shall be restored to his rightful status and you justly punished for your moral and legal offenses.


**DEMAND**

NOW THEREFORE, the PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM – Department of Justice demands that you, and each of you execute and deliver to PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM – Department of Justice within thirty (30) calendar days of service of this notice and demand, a letter stating that the Steel Plant in Ha Tinh Province will build a treatment plant according to EPA Standards, an agreement that Formosa will revive the sea by planting life and start cleaning the sea water by using it resources, and a monetary sum of,

1. 18 Billion USD for the damages on the coast and clean-up cost that FORMOSA failed to do.
2. 7 Billion USD for the Fishery industry PER YEAR, until the industry is back to normal and adjustment can be made from year to year.
3. 1 Million USD for each life loss
4. 2 Billion USD for General Damages,

for the injuries the People and the Provisional National Government of Vietnam suffered at your hands, and as a penance for your transgressions; or show cause why said demand should not be enforced in a court of record in California.


**DEFAULT**

If you fail to satisfy the demand within the allotted time after having been duly served with this notice and demand, then by tacit procuration PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM – Department of Justice or his nominee or his assigns will determine for you the following:

1. That the aforesaid demand is just,
2. That a court of record in California may enforce the demand either ex parte or con parte,

3. That you, and each of you, concur and are satisfied with the justness of the demand, and the process by which the demand shall be enforced.

Further, if you fail to satisfy the demand within the allotted time after having been duly served with this notice and demand, then PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM – Department of Justice will take lawful action in a court of record (in personam and in rem),

1. To defend against any of you or persons acting in concert with you who have caused any injuries to PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM – Department of Justice;
2. To secure his substantive rights, and
3. To redeem the aforementioned restitution and penance owed to him.

Please do not contact PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM – Department of Justice by telephone. In order to avoid any misunderstanding, all communications shall henceforth be on the record, i.e. in writing and duly served. Please serve all communications and process directly to:

PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM – Department of Justice

C/O Post Office Box 2807
Anaheim 92814



_____

Phat Van Bui
Attorney General

EXHIBIT A

https://www.facebook.com/botuphap.vnch/videos/1556548127984599/

https://www.facebook.com/botuphap.vnch/videos/1556547421318003/

https://www.facebook.com/botuphap.vnch/videos/1556546971318048/

https://www.facebook.com/botuphap.vnch/videos/1556546337984778/

2016/07/01, World

# Formosa Plastics Admits Guilt for Mass Killing of Fish in Vietnam



Exhibit B

Demonstrators holding signs to protest against Taiwanese enterprise Formosa Plastic and environmentally friendly messages, say they are demanding cleaner water in the central region after mass fish deaths in recent weeks, in Hanoi, Vietnam May 1, 2016.
REUTERS/Kham - RTX2CA0C



**Chang Shin-wei**

Chang Shin-wei is a staff writer for The News Lens International.

---

**Why you need to know**

Despite paying US$500m in damages and admitting it dumped toxic substance in rivers, there may be longer-term implications from the Formosa Plastics fish scandal.

Listen to this article 

---

Formosa Ha Tinh Steel Corp (FHS), a steel plant under parent company the Formosa Plastics Group, on Thursday accepted responsibility for killing large quantitires of fish off the central Vietnam coastline and agreed to provide US$500 million in compensation.

On May 1, hundreds of Vietnamese protested against FHS, holding signs demanding the company detail what had caused the disaster, and for FHS to be held responsible.

The Taiwan-owned company has now apologized to the Vietnamese people and government. It admitted toxic substances in wastewater from its steel factory — including phenol and cyanide — caused the deaths. It said it hopes to regain the trust of the Vietnamese by strictly following environmental laws.

The Vietnam government released a report into the incident on June 30, blaming FHS for the mass fish deaths. It is believed that the US$500 million fine will be the largest fine a single company has ever paid to the Vietnamese government.

The incident is believed to have damaged Taiwan's international reputation and could hinder President Tsai Ing-wen's (蔡英文) newsouthbound policy.



A setup video clip shows Formosa Ha Tinh Steel president Chen Yuan-cheng offering apology to Vietnamese Government and people at a press conference on the recent situation of fish deaths in Vietnam's central province, in Hanoi, Vietnam

Formosa Plastics Admits Guilt for Mass Killing of Fish in Vietnam - The News Lens 關鍵評論網

June 30, 2016. REUTERS/Kham TPX IMAGES OF THE DAY

Taiwanese legislators have urged the government to re-think the policy and tighten the review process on Taiwanese investments in Southeast Asia.

In April, a public relations director for the company exacerbated the situation when he said the Vietnamese should make a choice between steel plants and catching fish. He was quoted as saying, "Fish or factory, choose one!"

The statement prompted Vietnamese protesters to launch campaigns urging the public to pay attention to the issue. People took to social media to post comments and images with the hashtag #tôichọncá, meaning "I choose fish."

This was not the first controversy related to FHS in Vietnam. In 2014 May, Vietnamese youth attacked its factory, leading to four people killed and 140 injured. FHS was accused of enjoying privileges from the Vietnam government while hiring workers from China instead of locals.



A demonstrator holds a sign during a protest where they say they are demanding cleaner waters in the central regions after mass fish deaths in recent weeks, in Hanoi, Vietnam May 1, 2016. The sign reads, "Protect the environment. I love Vietnam." REUTERS/Kham - RTX2CA09

First Editor: Edward White
Second Editor: Olivia Yang

 **Voice of America**    Exhibit BB

*April 27, 2016*

# Vietnam Media Ties Massive Fish Kill to Formosa Plastics Steel Unit

*by Reuters*

Vietnam is investigating a massive fish kill at aquatic farms and in waters off the country's central provinces that state media reports have tied to alleged toxic discharges coming from a steel complex built by Taiwan's Formosa Plastics.

The Taiwan's company local unit Hung Nghiep Formosa Ha Tinh Steel Corp, however, said in a statement this week via its parent company that there is no evidence that wastewater from its steel plant was responsible for the fish deaths.

Fish raised in farms near Vung Ang port in Ha Tinh province, about 400 km (250 miles) south of Hanoi, began dying on April 6, with more dead fish subsequently washing up on nearby beaches, the Vietnamese government said in a report.

The fish deaths in Ha Tinh and now other provinces have raised concerns about food security and domestic seafood markets could threaten Vietnam's $7 billion in annual seafood exports.

"I've been doing this job for 19 years but I've never seen such a phenomenon," clam farmer Nguyen Xuan Phuong in Ha Tinh province told state-run Vietnam Television (VTV) on Tuesday.

Fish and shellfish deaths have now also been reported in the provinces of Quang Binh, Quang Tri and Thua Thien-Hue along a stretch of some 200 km (124 miles) on Vietnam's central coast.

Several media reports have said a drainage pipe operated by Formosa's Vietnam unit in Ha Tinh province is behind the water pollution that has killed the fish.

Tests of seawater taken from Thua Thien-Hue province showed higher-than-normal contents of ammonium - a nitrogen compound - and chromium, deputy head Nguyen Huu Quyet of the provincial environment department said on Wednesday in a VTV broadcast.

Formosa Ha Tinh is building a $10.6 billion steel complex in the Vung Ang economic zone, and the first phase of the steel plant began operating in December 2015.

Controversy over the plant and the fish kill was exacerbated when Chu Xuan Pham, a Hanoi-based representative of Formosa's local unit, said in comments reported on Monday that Vietnam has to choose between "catching fish and shrimp and building a modern steel industry."

Chu apologized for his comments at a news conference on Tuesday in Ha Tinh province, and Formosa Ha Tinh said in the statement via its parent: "We are deeply shocked and sorry. We cannot understand why so many fish have died."

Vietnamese newspapers reported on Wednesday that Chu has since been fired, although this could not be confirmed with the company and Chu could not be reached for comment.

The wastewater discharged by Formosa Ha Tinh has undergone proper treatment and meets with Vietnam's standards, the local company's director of environmental hygiene and safety, Khau Nhan Kiet, said at Tuesday's news conference.

Vietnam's Prime Minister Nguyen Xuan Phuc, who took office early this month, has ordered a thorough inspection of the fish deaths, the government said on Tuesday without naming any suspects. The findings are expected out later this week.

Taiwan ranks Vietnam's fourth-biggest foreign investor after South Korea, Japan and Singapore.

*http://www.voanews.com/content/vitenam-media-ties-massive-fish-kill-to-formosa-plastics-steel-unit/3304801.html*



deutsch | English | castellano | français
ethecon | ethecon Awards | Transparency | Support us



Exhibit DD

## Open letter to the Formosa Plastics Group

FORMOSA PLASTICS GROUP
Family Wang, Lee Chih-tseun
and other responsible executives
201 Tung Hwa North Road
Taipei
Taiwan, R. O. C

2009-11-21

**Open letter to the owner family Wang, executive Lee Chih-tsuen and other responsible managers of the FORMOSA PLASTICS GROUP in Taiwan**

Dear members of the Wang family,
dear Mr. Lee,
dear members of the executive committee,

on November 21, 2009, in the context of a public ethecon congress in Berlin, our internationally announced negative prize "Black Planet Award 2009" was officially conferred. In line with an international nomination and selection process, you have been chosen to be internationally pilloried with the "Black Planet Award 2009".

Our foundation has based its decision on internationally and publicly long-known facts, on information gathered by trade unions and human rights groups worldwide, on openly available documents, on investigations conducted by governments in various countries, and last but not least, on publications by your own company.

**In summary, "ethecon -Foundation Ethics & Economics" states its reasons as follows:**

The FORMOSA PLASICS GROUP (FPG) has its origins in the period of anti-communism and the Cold War. In 1954, with the support of US-American money, the group was founded in the insular state of Taiwan, which had been separated from the People's Republic of China against international law by the infamous Chiang Kai-shek.

Ever since, FORMOSA PLASICS GROUP advanced to one of the worldwide leading groups of companies with numerous subsidiary enterprises in Taiwan, China, Vietnam, and other countries, among them the U.S.A. The group's main ranges of production are chemistry, biotechnology, electronics, cosmetics, domestic chemicals, automotive body parts, and pharmaceutical products.

The company's history is accompanied by a continuing sequence of social and ecological foul play throughout the

### Foundation
### Ethics&Economics

**Act now!**

News

Greeting / Livestream of the foundation congress 2015

Projects/ Actions/ Campaigns

Body

Idea and concept

Foundation meetings

Foundation meeting 2013

Foundation meeting 2012

Foundation meeting 2011

Foundation meeting 2010

Foundation meeting 2009

Foundation meeting 2008

Foundation meeting 2007

Foundation meeting 2006

Foundation meeting 2004

Declarations

Booklets

Archive

Search [ ] Go


PayPal donation

**Donate online!**

Press

Campaigns

Videos/Fotos

Downloads

Contact

Imprint

Sitemap

**Wandel** stiften


Bundesverband Deutscher Stiftungen

Initiative Transparente Zivilgesellschaft

world. Outstanding examples are:

- While the production of PVC became more and more ostracised internationally due to its inherent dangers, FPG took advantage of this development and systematically increased its PVC production, thereby advancing to one of the world's leading producers of this extremely poisonous substance. FPG even unethically disregarded the prohibition of PVC production in Taiwan.

- In 1998, FORMOSA PLASICS GROUP was caught red-handed while trying to dump 3.000 tons of toxic waste into the sea close to the Cambodian seaport of Sihanoukville. All around the world, the soil, air, and water around FPG's production sites are tremendously poisoned, consequently posing a threat to life and limb of people living nearby.

- Time and again, there are also fatalities and severely injured people due to accidents, explosions, and near-catastrophes. For miles around the production sites, windows have already been shattered repeatedly through blast waves after explosions. In Illinois, surrounding municipalities even had to be evacuated completely.

- The company is one of the top ten polluters in Taiwan. About 25 percent of all greenhouse gases produced in Taiwan can be accounted to FPG.

The attitude of the responsible executives of FORMOSA PLASICS GROUP towards law and order, ecology and peace, social and human rights, as well as towards production security and environment protection are revealed by an example from Delaware in the US. Since the authorities there were unable to deliver legal restraints in person, they had to drop them on the factory premises from a helicopter instead. Nor has the endless list of fines up to one million dollars resulted in a change of attitude. The responsible executives have cared just as little about the massive protests in various countries around the world. In Taiwan, there were even repeated mass demonstrations against FORMOSA PLASTICS GROUP.

The company is damaging the environment to such an extent that even the US-American trade association of the chemistry industry, the American Chemical Society, denies FPG its cooperation.

The members of the Wang family, the president of FORMOSA PLASTIC GROUP Lee Chih-tsuen, and the executive board of the FPG, are responsible for all of these extra-ordinary achievements of criminal ethics. They are to blame for the ruination of human health and environment on a large-scale, yet even for the death of numerous people. The FPG not only poses a threat to peace and human rights, but also to democracy, ecology and human kind in general, as it acts solely for personal profits and advantages. For this, it spurns morals and ethics, and accordingly accepts the decline of our planet to a "Black Planet".

For your extraordinary accomplishment in destructive ethics you are internationally pilloried with the "Black Planet Award

2009" by "ethecon - Foundation ethics & economics". You are a threat not only to peace and human rights, but also to democracy and humankind in general. You, as the responsible owners and managers, appallingly ruin our blue planet due to sheer greed of gain and an ideologically alarming, dangerous blindness.

In a world that is increasingly arranged around profit as the sole criteria for decisions and developments, you as the powerful few in the world stand in opposition to humankind and the environment, and you dictate their living conditions. Being egomaniacs and acting irrespective of law and order, you engage in excessive greed of personal gain. You spurn moral and ethics and you are willing to put up with the decline of our planet to a "black planet". You display what is generally referred to as ruthlessness and selfishness. You are the ones who disregard and violate the sensitive plantlet "ethics".

Moreover and not to be unmentioned, the "Black Planet Award 2009" conferred to you, the persons in charge of FORMOSA PLASTICS GROUP, is to be seen in connection to the "Blue Planet Award 2009" bestowed on the bearer of the alternative Nobel prize Uri Avnery from Israel. In contrast to you, who are damaging and ruining our blue planet in an irresponsible manner, Mister Avnery outstandingly advocates the preservation and rescue of our blue planet.

We request you to learn a lesson for your personal commitment from people like Uri Avnery. Terminate war, exploitation, and ruination of humankind and the environment by FORMOSA PLASTICS GROUP.

Safeguard social justice and human rights within your company and its surroundings. Preserve ecology and peace. Instead of using your money for further profit hunt, employ it in ethic investments and solidarity projects demanded by the overwhelming majority of the world population.

This is the official plea connected to the "Black Planet Award 2009" by "ethecon – Foundation Ethics & Economics" to you, the owners and responsible managers of FORMOSA PLASTICS GROUP.

Regards,

Axel Köhler-Schnura      Elke von der Beeck
Chairman of the Board      Chairwoman of the Trustees

100518

USPS TRACKING #



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1608 6053 7767 71

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Provisional National
Government of Vietnam
PO Box 2807
ANAHEIM, CA 92814

1—080707

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVER |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>DAVID EMMONS |
| 1. Article Addressed to:<br><br>FORMOSA PLASTIC GROUP<br>WALTER GIEN, VP<br>9 Peach Tree Hill<br>Road livington, NJ 07039 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RESTRICTED DELIVERY |
| ‖‖‖‖‖‖‖‖‖<br>9590 9402 1608 6053 7767 71 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery    ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number<br>7015 1520 0002 7612 4957 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail Restricted Delivery (over $500) |

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

USPS TRACKING #

9590 9402 2058 6132 7559 23

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

PROVISIONAL NATIONAL GOVERNMENT
OF VIETNAM
PO BOX 2807
ANAHEIM CA 92814

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X David Emmon
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
DAVID EMMON    7.29.16

1. Article Addressed to:

FORMOSA PLASTIC CORP. USA
ATTN: C.T. LEE / Chairman / PRESIDENT
9 PEACH TREE HILL RD.
LIVINGSTON NJ 07039

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

9590 9402 2058 6132 7559 23

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7016 1370 0000 1700 7286

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

LOS ANGELES
NJ 070
29 JUL '16
PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Provisional National Government of Vietnam
PO Box 2807
Anaheim, CA 92814

USPS TRACKING#

9590 9403 0349 5163 6525 64

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Formosa Plastic Group
President Ma Ying-Jeou
9, Peach Tree Hill
Road Livingston, NJ 07039

9590 9403 0349 5163 6525 64

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
David Ferman                      7·27·16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053                Domestic Return Receipt

**Exhibit I – Notice of Default, Affidavit of Notice**

See attached.

----------------------------------------------------------------

[THIS PAGE WAS INTENTIONALLY LEFT BLANK]

Doc. ID: 61023280-NODAON-01
Certify Mail: 7011-2970-0001-9044-1668

RESPONDENTS:                          CLAIMANT:

FORMOSA PLASTIC GROUP                 PROVISIONAL NATIONAL
                                      GOVERNMENT OF VIETNAM
Ma-Ying Jeou, President               Department of Justice
Walter Chen, as Individual
President and Vice President,
USA                                   Phat Van Bui
                                      Attorney General

9 Peach Tree Hill Road                c.o. Post Office Box 2807
Livingston, NJ 07039                  Anaheim, [92814]
                                      Republic of California


DATE: August 23, 2016


                      NOTICE OF DEFAULT
                     AFFIDAVIT OF NOTICE

PLEASE TAKE NOTICE that you are in default of an opportunity to
respond to the NOTICE AND DEMAND, dated July 21, 2016, duly
served via restricted registered mail. The mailing has indicated
that you have signed and received the NOTICE AND DEMAND.

IN ABSENCE of such response, the Provisional National Government
of Vietnam, Department of Justice hereby inserts and records
this NOTICE OF DEFAULT upon and against the above named
Respondent(s) pursuant the California Constitution Article I
Sections 1, 3, 19, 24, 26, 28(b), Article II Section 1,
California Civil Code Section 22.2, California Civil Procedure
Section 437(c), California Penal Code Section 9.

NOTICE TO CURE: You have the right to cure the default by
meeting our demands or show cause why such demands shall not be
enforced within fifteen (15) days.

FURTHER SAID, if you fail to satisfy the demand within the
allotted time after having been duly served with the notice and
demand, and this NOTICE AND DEFAULT, then by tacit procuration
PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM – Department of
Justice or his nominee or his assigns will determine for you the
following:

1. That the aforesaid demand in the NOTICE AND DEMAND is just,

Doc. ID: 61023280-NODAON-01
Certify Mail: 7011-2970-0001-9044-1668

2. That a court of record in California may enforce the demand either ex parte or con parte,
3. That you, and each of you, concur and are satisfied with the justness of the demand, and the process by which the demand shall be enforced.

Further, if you fail to satisfy the demand (in the NOTICE AND DEMAND) within the allotted time after having been duly served with the "NOTICE AND DEMAND" and this NOTICE OF DEFAULT/AFFIDAVIT OF NOTICE, then PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM - Department of Justice will take lawful action in a court of record (in personam and in rem),

1. To defend against any of you or persons acting in concert with you who have caused any injuries to PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM - Department of Justice; its People;
2. To secure his substantive rights, and
3. To redeem the aforementioned restitution and penance owed to him.

Please do not contact PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM - Department of Justice by telephone. In order to avoid any misunderstanding, all communications shall henceforth be on the record, i.e. in writing and duly served. Please serve all communications and process directly to:

PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM - Department of Justice

C/O Post Office Box 2807
Anaheim, [92814]
Republic of California

Date: 8/23/2016

Phat Van Bui
Attorney General

State of California

County of _Orange_

Subscribed and sworn to (or affirmed) before me on this _23rd_ day of _August_, 20_16_, by _Phat Vah Bui_ _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)                    Signature _____

MADOUL S. KOBTY
COMM. #2085527
Notary Public · California
Orange County
My Comm. Expires Nov. 7, 2018

Doc. ID: 61023280-NODAON-01
Certify Mail: 7011-2970-0001-9044-1668

[THIS PAGE IS INTENTIONALLY LEFT BLANK]

Exhibit J – Massive Protest



About over 10 thousand people show up to protest Formosa at its gate.

**Exhibit K – Law of the Case**

See attached.

[THIS PAGE WAS INTENTIONALLY LEFT BLANK]

LAW OF THE CASE

The law of the case is decreed as follows:

1.   All items mentioned in California Evidence Code Sections 451 and 452, [among which is included the Federal Rules of Civil Procedure].

2.   "It is the public policy of this state that public agencies exist to aid in the conduct of the people's business....The people of this state do not yield their sovereignty to the agencies which serve them."  California Government Code, Section 11120.

3.   "In enacting this chapter, the Legislature finds and declares that the public commissions, boards and councils and the other public agencies in this State exist to aid in the conduct of the people's business....The people of this State do not yield their sovereignty to the agencies which serve them."  California Government Code Section 54950.

4.   "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves....".  CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.

5.   "The very meaning of 'sovereignty' is that the decree of the sovereign makes law." American Banana Co. v. United Fruit Co.,

-------------------------------------------------------------
EXHIBIT K

29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.

6. "The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative." Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

7. "....This declaration of rights may not be construed to impair or deny others retained by the people." California Constitution, Article 1, Declaration Of Rights Sec. 24.

8. "The state cannot diminish rights of the people." Hurtado v. People of the State of California, 110 U.S. 516.

9. "The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice." Davis v. Wechsler, 263 US 22, 24.

10. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda v. Arizona, 384 US 436, 491.

11. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." Sherer v. Cullen, 481 F 946.

12. "Whereas, the people of California have presented a

constitution....and which, on due examination, is found to be republican in its form of government...." Act [of Congress] for the Admission of California Into the Union, Volume 9, Statutes at Large, Page 452.

13. "Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.

14. "The State of California is an inseparable part of the United States of America, and the United States Constitution is the supreme law of the land." California Constitution, Article 3, Sec. 1.

15. "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." Constitution for the United States of America, Article VI, Clause 2.

16. Laws, whether organic or ordinary, are either written or unwritten. California Code of Civil Procedure, Section 1895.

---

EXHIBIT K

17. A written law is that which is promulgated in writing, and of which a record is in existence. California Code of Civil Procedure, Section 1896.

18. The organic law is the Constitution of Government, and is altogether written. Other written laws are denominated statutes. The written law of this State is therefore contained in its Constitution and statutes, and in the Constitution and statutes of the United States. California Code of Civil Procedure, Section 1897.

19. Any judicial record may be impeached by evidence of a want of jurisdiction in the Court or judicial officer, of collusion between the parties, or of fraud in the party offering the record, in respect to the proceedings. California Code of Civil Procedure, Section 1916.

20. COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. Black's Law Dictionary, 5th Edition, page 318.

21. COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. Isbill

Page 4 of 11

EXHIBIT K

1.
v.  Stovall,  Tex.Civ.App.,  92  S.W.2d  1067,  1070;  Black's  Law

2.
Dictionary, 4th Edition, page 425.

3.

4.
    22. COURT OF RECORD. To be a court of record a court must

5.
have four characteristics, and may have a fifth. They are:

6.

7.
        A.  A  judicial  tribunal  having  attributes  and

8.
        exercising functions independently of the person of

9.
        the  magistrate  designated  generally  to  hold  it

10.
        [Jones  v.  Jones,  188  Mo.App.  220,  175  S.W.  227,

11.
        229; Ex parte Gladhill, 8 Metc. Mass., 171, per

12.
        Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y.

13.
        406, 155 N.E. 688, 689][Black's Law Dictionary, 4th

14.
        Ed.,                    425,                    426]

15.

16.
        B. Proceeding according to the course of common law

17.
        [Jones  v.  Jones,  188  Mo.App.  220,  175  S.W.  227,

18.
        229; Ex parte Gladhill, 8 Metc. Mass., 171, per

19.
        Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y.

20.
        406, 155 N.E. 688, 689][Black's Law Dictionary, 4th

21.
        Ed.,                    425,                    426]

22.

23.
        C. Its acts and judicial proceedings are enrolled,

24.
        or recorded, for a perpetual memory and testimony.

25.
        [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas

26.
        Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton,

27.
        52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2

EXHIBIT K

1.

2.

3.
L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205,
117         N.E.         229,         231]

4.

5.

6.

7.

8.

9.

10.

11.
D. Has power to fine or imprison for contempt. [3
Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas
Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton,
52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2
L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205,
117 N.E. 229, 231.][Black's Law Dictionary, 4th
Ed.,                 425,                 426]

12.

13.

14.

15.

16.

17.

18.
E. Generally possesses a seal. [3 Bl. Comm. 24; 3
Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24
F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v.
U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger
v. Davis, 96 Ohio St. 205, 117 N.E. 229,
231.][Black's Law Dictionary, 4th Ed., 425, 426]

19.     23.   "A 'court of record' is a judicial tribunal having

20. attributes and exercising functions independently of the person of

21. the magistrate designated generally to hold it..." Jones v. Jones,

22. 188 Mo.App. 220, 175 S.W. 227, 229; Ex Parte Gladhill, 8 Metc.,

23. Mass., 171, per Shaw, C. J.

24.

25.     24.   "The following persons are magistrates:  ...The judges

26. of the superior courts...." California Penal Code, Sec. 808.

27.     25.   "'...our justices, sheriffs, mayors, and other

Page 6 of 11

-------------------------------------------------------

EXHIBIT K

ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgement in all their points, that is to wit, the Great Charter as the common law....' Confirmatio Cartarum, November 5, 1297" "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation.

26.   "Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court."  Magna Carta, Article 34.

27.   "We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers, it appears 'beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.'  Conley v. Gibson, 355 U.S. 41, 45-46 (1957).  See Dioguardi v. Durning, 139 F.2d 774 (CA2 1944)."  Haines v. Kerner, 404 U.S. 519.

28.   An act of the court shall prejudice no man. Jenkins' Eight Centuries of Reports, 118; Brooms Legal Maxims,  Lond. ed. 115; 1 Strange's Reports, 126; 1 Smith's Leading Cases, 245-255; 12 English Common Bench Reports by Manning, Granger, & Scott, 415.

29.   The Federal Rules of Civil Procedure are the rules of the above entitled court.   The rules shall be construed and administered to secure the just, speedy, and inexpensive determination of this action.

-----------------------------------------------------------------------
EXHIBIT K

30. Conspiracy against rights:   If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.   18, USC 241.

31. Deprivation of rights under color of law:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury

--------------------------------------------------------------------

EXHIBIT K

results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.  18, USC 242.

   32. Civil action for deprivation of rights:   Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.  For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. 42 USC 1983.

EXHIBIT K

33.   Silence may constitute an acceptance if there is a relationship between the parties or a previous course of dealing by which silence should be understood as acceptance. Southern Cal. Acoustics Co. v C.V. Holder Inc. (1969) 71 C2d 719, 722, 79 CR 319" See also Circuit City Stores Inc. v Najd (9th Cir. 2002), 294 F3rd 1104, 1109

34.   An acceptance by silence may be inferred if the offeree is under a duty to act, as for example, under CC 1589 which provides that acceptance of the benefits of a contract constitutes an assumption of the associated obligation. See Golden Eagle Ins. Co. v Foremost Ins. Co. (1993) 20 CA4th, 1372, 1385, 25 CR2d 242.

35.   Silence may operate as an acceptance under the rule stated in the Restatement (Second) of Contracts 69(1)(b) " where the offeror has stated or given the oferee reason to understand that assent maybe manifested by silence or inaction, and the offeree in remaining silent and inactive intends to accept the offer. Golden Eagle Ins. Co. v Foremost Ins. Co. (1993) 20 CA4th, 1372, 1385, 25 CR2d 242.

36.   Where factual evidence are abundance, the court should grant jurisdiction in the name of justice. In the case of repeated offenders, or the defendant(s) with a track-record of repeating the offenses, the penalties, fines, fees should be severe. And when the defendant(s) have admit to the act(s) (admission of guilt) then the case against the said defendant(s) is clear-cut, and

EXHIBIT K

1. justice shall see him or her. It is as if the defendant(s) has

2. volunteered to his own demise.

3.

4.    38. If any claim, statement, fact, or portion in this action

5. is held inapplicable or not valid, such decision does not affect

6. the validity of any other portion of this action.

7.

8.    39. The singular includes the plural and the plural the

9. singular.

10.    40. The present tense includes the past and future tenses;

11. and the future, the present.

12.

13.    41. The masculine gender includes the feminine and neuter.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

Page 11 of 11

---------------------------------------------------------------------

EXHIBIT K

**Exhibit L – Declaration of Fact**

See attached.

_____

[THIS PAGE IS INTENTIONALLY LEFT BLANK]

Doc ID: 61020390-DOF-01-Formosa



# REPUBLIC OF VIETNAM
## THE PROVISIONAL NATIONAL GOVERNMENT OF VIETNAM
PO Box 2807, Anaheim, CA. 92814 (USA)

# DECLARATION OF FACT

WE, THE PEOPLE OF VIETNAM, with full responsibility and liability, WE WILL and WE DO, make, issue, confirm, ratify, and verify this DECLARATION OF FACT, without prejudice, nunc pro tunc praetera preterea, that this WILL AND WORD is true, accurate and correct and that WE ARE conscious and competent to DECLARE all ways:

1. We are in our sovereign capacity. We have our own free-will. We are competent. We have firsthand knowledge of the facts.
2. We are living in the disaster area made by the Steel Plant, own by FORMOSA PLASTIC CORPORATION, and headquarter in Taiwan.
3. We are the victims.
4. We DID NOT receive any compensation from the Vietnamese Communist Government and/or FORMOSA PLASTIC CORPORATION, and/or any derivative of that name/company.
5. We have lost our industry, jobs, livelihood and away to make a living.
6. We are afraid to eat fish products because it is contaminated and poisoned.
7. We know of People, or directly, got sick, and/or die from eating fish products.
8. We have firsthand knowledge or know of the environmental destruction that FORMOSA's steel plant has caused by releasing toxic waste into the sea.
9. We know of and/or have firsthand knowledge of Formosa's Illegal Dumping in our land.
10. Our Family is greatly affected by the event (Formosa's releasing toxic wastes).
11. WHERE AS we transfer our sovereign capacity to the Provisional National Government of Vietnam, until further notice.
12. Where as we elect the Provisional National Government of Vietnam to be our Private Attorney, Authorize Representative, and give them all the power and the duties to represent our interests anywhere in the world and including but not limited to the court of record of the United States of America, and the International Criminal Court. **It is decreed, ratified, and un-rebutted, SO IT IS DONE.**
13. ADDITIONAL FACT: See attached Exhibit A.
14. WE, THE PEOPLE OF VIETNAM, have personal knowledge of the above facts and we are competent to testify as to the truth of those facts if called as witness. WE declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Vietnam and on the date that is indicated by each signature.
15. <u>NAME OF THE PEOPLE</u>      <u>SIGNATURE</u>      <u>ADDRESS</u>      <u>DATE</u>

# Tuyên Bố Sự Thật

Chúng tôi là nhân dân Việt nam, với tất cả nghĩa vụ và trách nhiệm pháp lý trong những việc chúng tôi đã, đang và sẽ làm để đưa ra, xác nhận, ủy quyền hợp pháp và kiểm chứng bản tuyên bố sự thật này. Không mang định kiến, không hối tố, tư tưởng và từ ngữ ở đây là đúng sự thật, chính xác và chuẩn xác nên chúng tôi xác tín và tự tin để công bố những điều sau đây:

1/ Chúng tôi có đầy đủ thẩm quyền, chúng tôi không bị bắt buộc và chúng tôi tự tin rằng chúng tôi có đầy đủ bằng chứng trong tay về các sự kiện.

2/ Chúng tôi sống trong vùng thảm họa gây ra bởi Nhà Máy Thép là sở hữu của tập đoàn công nghiệp nhựa Formosa, nơi có trụ sở chính tại Đài Loan.

3/ Chúng tôi là nạn nhân.

4/ Chúng tôi đã không nhận bất cứ khoản đền bồi thiệt hại nào từ nhà cầm quyền Cộng Sản Việt Nam, cũng như từ tập đoàn Formosa hay bất cứ chi nhánh nào liên quan đến công ty này.

5/ Chúng tôi đã bị tước đoạt ngành công nghiệp, công ăn việc làm, đời sống hằng ngày và không thể kiếm sống được nữa.

6/ Chúng tôi không dám ăn các sản phẩm từ cá bởi vì nó bị ô nhiễm và chứa đầy chất độc.

7/ Chúng tôi là những người hoặc trực tiếp bị bệnh tật hoặc là chết vì ăn phải cá chết.

8/ Chúng tôi nắm giữ các bằng chứng cụ thể hoặc biết được việc tàn hại môi trường mà nhà máy thép Formosa gây ra bằng việc thải các chất độc hại xuống biển.

9/ Chúng tôi nắm giữ các bằng chứng cụ thể hoặc biết được việc xả thải bất hợp pháp của Formosa trong lãnh thổ của chúng tôi.

10/ Gia đình của chúng tôi bị ảnh hưởng nghiêm trọng bởi vì biến cố này. (Việc Formosa xả rác thải độc ra ngoài)

11/ Do vậy chúng tôi tự nguyện ủy thác quyền pháp lý cho Chính Phủ Quốc Gia Việt Nam Lâm thời cho đến khi có thông báo.

12/ Chúng tôi chọn lựa Chính Phủ Quốc Gia Việt Nam Lâm thời sẽ đại diện như là Luật Sư riêng và Đại diện Uỷ quyền, cũng như trao mọi quyền hạn và trách nhiệm để đại diện cho quyền lợi của chúng tôi ở bất cứ nơi nào trên thế giới. Điều này bao gồm nhưng không hạn chế việc nộp hồ sơ kiện tại các Tòa án của Mỹ cũng như tại Tòa Hình Sự Quốc Tế. Điều này là án lệnh, được xác quyết và không thể xóa bỏ, cho nên đây là phán quyết cuối cùng.

13/ Bảng liệt kê đính kèm.

14/ Chúng tôi, nhân dân Việt Nam biết rõ với tư cách cá nhân về những sự kiện ở trên và chúng tôi xác tín với tất cả sự thực trong trường hợp chúng tôi được gọi ra làm nhân chứng. Chúng tôi tuyên thệ rằng các điều trên là sự thực và chính xác và bản tuyên cáo này sẽ được thực thi tại Việt Nam cùng với ngày tháng của mỗi chữ ký đính kèm.

| Họ và Tên | Chữ ký | Địa chỉ | Ngày, Tháng, Năm |
|---|---|---|---|
| Nguyễn Văn Mạnh | Mạnh | Số 2, Cồn Sẻ, Q.Lộc, TX Ba Đồn, QB | 8/9/1994 |
| PHAM THANH | Thanh | // | 20/10/1996 |
| Nguyễn Công Hòa | Hòa | // | 7/9/1988 |
| Nguyễn Đức Mạnh | Mạnh | // | 20/08/1995 |
| Nguyễn Văn phúc | PHÚC | // | 10/10/1990 |

| Stt | Họ Và Tên | Địa Chỉ | Ngày/ Tháng/Năm | Chữ ký |
|---|---|---|---|---|
| 1 | Mai Đường | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1958 | Đường |
| 2 | Phạm Lễ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1972 | Lễ |
| 3 | Nguyễn Văn Thắng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1968 23.7.1960 | Hồng |
| 4 | Mai Trị | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1964 | Trị |
| 5 | Cao Độ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1958 | Độ |
| 6 | Hoàng Văn Hùng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1989 | Hùng |
| 7 | Nguyễn Phụng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1981 | Phụng |
| 8 | Phạm Huệ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1974 | Huệ |
| 9 | Phạm Văn Kỷ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1962 | Kỷ |
| 10 | Nguyễn Văn Hải | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10/5/1968 | Hải |
| 11 | Phạm Dũng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 03/10/1976 | Dũng |
| 12 | Mai Thị Hương | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.7.1982 | Hương |
|  |  |  |  |  |

| 13 | Mai Văn Quế | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 02.5.1979 | Quế |
| 14 | Mai Văn Hoàng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.9.1981 | Hoàng |
| 15 | Phạm Huệ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 08,2,1983 | Huệ |
| 16 | Phạm Văn | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.7.1972 | Văn |
| 17 | Phạm Phượng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 7,8,1979 | Phượng |
| 18 | Phạm Hương | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10,6,1985 | Hương |
| 19 | Cao Thi | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10,6,1982 | Thi |
| 20 | Cao Hình | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 02,7,1988 | Hình |
| 21 | Mai Thoan | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 08.2.1983 | thoan |
| 22 | Nguyễn Tuyết | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 02,6,1985 | Tuyết |
| 23 | Nguyễn Vân | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 03,03,1983 | Vân |
| 24 | Cao Thị Diện | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01,01,1953 | Diện |
| 25 | Mai Thị Hà | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 20,6,1977 | Hà |
|  |  |  |  |  |

| 26 | Cao Sỹ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1973 | Sỹ |
| 27 | Cao Biện | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.7.1960 | Biện |
| 28 | Cao Trung | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 5.8.1958 | Trung |
| 29 | Phạm Toan | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 11.1.1971 | Toan |
| 30 | Cao Vị | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1.1.1980 | Vị |
| 31 | Cao Trung | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 05.8.1963 | Trung |
| 32 | Cao Văn Sở | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 5.7.1980 | Sở |
| 33 | Cao Hương | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.6.1987 | Hương |
| 34 | Cao Cơ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1973 | Cơ |
| 35 | Cao Hảo | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.6.1946 | Hảo |
| 36 | Phạm Quân | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 22.7.1989 | quân quá |
| 38 | Nguyễn Thị Ý | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 8.8.1963 | Ý |
| 39 | Cao Nhất | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 18.9.1969 | Nhất |
| | | | | |

| 40 | Cao Văn Lợi | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 15.7.1983 | Lợi |
| 41 | Phạm Quận | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1968 | Phạm Quận |
| 42 | Phạm Bình | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1959 | Bus |
| 43 | Cao Thú | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 02.4.1979 | Thú |
| 44 | Phạm Trị  nguyễn Xuân Lai | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1955 | Lai |
| 45 | Cao Thiện | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.7.1970 | thiện |
| 46 | Nguyễn Hải | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.10.1985 | Hải |
| 47 | Cao Thủy | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 05.10.1988 | Thuy |
| 48 | Cao Dị | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 20.7.1923 | Dị |
| 49 | Nguyễn An | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 20.5.1958 | An |
| 50 | Phạm Ca | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1965 | Ca |
| 51 | Phạm Công | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1933 | Công |
| 52 | Phạm Hồng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1.1.1956 | Hồng |
|  |  |  |  |  |

| 53 | Cao Lưu | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01, 01, 1971 | Lưu |
| 54 | Nguyễn Thảo | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1967 | Thảo |
| 55 | Nguyễn Thị Đức | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01, 01, 1971 | Đức |
| 56 | Nguyễn Triều | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10, 9, 1965 | Triều |
| 57 | Phạm Thiện | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 7, 5, 1986 | Thiện |
| 58 | Phạm Danh | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1979 | Dav |
| 59 | Nguyễn Ánh | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1986 18, 81, 1986 | Ánh |
| 60 | Nguyễn Hùng Phạm thế | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10, 15, 1986 | Hùng |
| 61 | Nguyễn Sơn | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 2, 6, 1983 | Sơn |
| 62 | Nguyễn Thành | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 15, 5, 1981 | thành |
| 63 | Phạm Lợi | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 6, 7, 1982 | Lợi |
| 64 | Nguyễn Xuân | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 5, 9, 1986 | Xuân |
| 65 | Phạm Mạnh | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01, 01, 1974 | Mạnh |
|  |  |  |  |  |

| 66 | Phạm Đoàn | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 16/10/1988 | Đoàn |
| 67 | Nguễn Pháp | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 02/4/1987 | Pháp |
| 68 | Nguyễn Đức | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 11.7.1990 | đức |
| 69 | Nguyễn Mến | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01/03/1961 | Mến |
| 70 | Phạm Đức | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 20.5.1968 | Đức |
| 71 | Nguyễn Sỷ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01/01/1980 | Sỹ |
| 72 | Nguyễn Mến | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01/01/1958 | Hến |
| 73 | Phạm Phận | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 15.5.1990 | Phận |
| 74 | Hoàng Văn Hoàng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 06/02/1976 | Hoàng |
| 75 | Nguyễn Phượng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1971 | Phượng |
| 76 | Hoàng Thành | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1/1/1974 | Thành |
| 77 | Nguyễn Thủy | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 07-8/1986 | Thủy |
| 78 | Nguyễn Chức | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 08/8/1974 | chức |
| | | | | |

| 79 | Nguyễn Tâm | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.5, 1950 | Tâm |
| 80 | Phạm Vựng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10/10~1977 | Vựng |
| 81 | ~~Cao Châu~~ Hoàng Văn Châu | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1973 | Châu |
| 82 | Nguyễn Quý | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 28/7/1985 | Quý |
| 83 | Nguyễn Ngọ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 3/10/1963 | Ngọ |
| 84 | Mai Văn An | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 12/5/1959 | An |
| 85 | Nguyễn Lợi | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1967 | Lợi |
| 86 | Nguyễn Văn Dự | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 20.10.1991 | Dự |
| 88 | Nguyễn Liệu | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 2.5.1930 | Liệu |
| 89 | Phạm Thắng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 30.9.1989 | Thắng |
| 90 | Phạm Tấn | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01/01/1978 | Tấn |
| 91 | Nguyễn Thành | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.7.1979 | Thành |
| 92 | Nguyễn Hải | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 15.9.1970 | Hải |
| | | | | |

| 93 | Nguyễn Danh | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 24.5.1989 | Danh |
| 94 | Phạm Mỹ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 7,4,1990 | Mỹ |
| 95 | Cao Tới | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1959 | Tới |
| 96 | Cao Thị Chương | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10,8,1976 | Chương |
| 97 | Phạm Vịnh | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 02.11.1951 | Vịnh |
| 98 | Trần Văn Hoan | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 6.02.1976 | Hoan |
| 99 | Mai Văn Dũng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 05.9.1976 | Dũng |
| 100 | Mai Hoàn | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 03.4.1975 | Hoàn |
| 101 | Cao Thỏa | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1982 | Thỏa |
| 102 | Phạm Xuân | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1975 | Xuân |
| 103 | Nguyễn Hoàn | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 19-11-1979 | Hoàn |
| 104 | Cao Vựng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 5.6.1988 | Vựng |
| 105 | Phạm Hữu | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 5.6.1983 | Hữu |
|  |  |  |  |  |

| 106 | Cao Lập | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1972 | Lập |
| 107 | Cạo Thắng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1981 | thắng |
| 108 | Phạm Lâm | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 04.01.1980 | Lâm |
| 109 | Phạm Lệ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 02.5.1947 | Lệ |
| 110 | Cao Tài | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1958 | Tài |
| 111 | Cao Trí | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 22.71.1958 | Trí |
| 112 | Cao An | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 29.12.1986 | An |
| 113 | Cao Đông | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.3.1988 | Đông |
| 114 | Cao Phương | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 901.1978 | Phương |
| 115 | Cao Phong | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.12.1968 | Phong |
| 116 | Cao Quyền | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 7.2.1975 | quyền |
| 117 | Phạm Bi | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1938 | Bi |
| 118 | Phạm Đại | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 12.5.1976 | Đại |
| | | | | |

| 120 | Phạm Tầm | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 05.5.1992 | tầm |
| 121 | Nguyễn Pháp | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 20.8.0980 | Pháp |
| 122 | Nguyễn Thành | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1948 | thành |
| 123 | Phạm Thuận | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1971 | Thuận |
| 124 | Cao Liệu | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.04.1956 | Liệu |
| 125 | Phạm Duy | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 21.10.1987 | Duy |
| 126 | Phạm Việt | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 05.7.1951 | Việt |
| 127 | Cao Thanh | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1966 | thanh |
| 128 | Phạm Đức | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1.10.1983 | Đức |
| 129 | Cao Toan | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 2.9.1966 | Toan |
| 130 | Nguyễn Trung | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 03.5.1979 | trung |
| 131 | Nguễn Tỏ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1951 | Tỏ |
| 132 | Nguyễn Thời | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 19.4.1984 | Thời |
|  |  |  |  |  |

| 133 | Nguyễn Hùng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.5.1980 | Hùng |
| 134 | Nguyễn Đoàn | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 12.10.1982 | Đoàn |
| 135 | Cao Đông | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.9.1981 | Đông |
| 136 | Mại Hải | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 19.8.1987 | Hải |
| 137 | Nguyễn Hữu Phước | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 19.10.1975 | Phước |
| 138 | Cao Cường | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1973 | Cường |
| 139 | Cao Quy | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.10.1935 | Quy |
| 140 | Cao Khoa | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 5.4.1976 | Khoa |
| 141 | Cao Lực | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.7.1953 | Lực |
| 142 | Cao Bắc | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 19.5.1983 | Bắc |
| 143 | Nguyễn Thị Cường | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 02.6.1963 | Cường |
| 144 | Nguyễn Thị Hoa | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 7.10.1972 | Hoa |
| 145 | Nguyễn Văn Thực | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.8.1973 | Thực |

| 146 | Phạm Luy | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1979 | Luy |
| 147 | Cao Thành *Thị ơni* | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 04.7.1995 | Nhi |
| 148 | Nguyễn Ngữ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 08.2.1985 | Ngữ |
| 149 | Nguyễn Bộ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 20.3.1957 | Bộ |
| 150 | Nguyễn Xuân Hương | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1956 | Hương |
| 151 | Phạm Văn Thân | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 12.5.1984 | Thân |
| 152 | Mai Hùng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 12.8.1991 | Hùng |
| 153 | Nguyễn Nhân | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.6.1988 | nhân |
| 153 | Nguễn Dự | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 18.7.1983 | Dự |
| 155 | Phạm Luật | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01.1968 | Luật |
| 156 | Phạm Hoan | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 15.4.1978 | hoan |
| 157 | Nguyễn Toan | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 11.91 1962 | Toan |
| 159 | Phạm Hòa | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 16.6.1984 | Hòa |
| | | | | |

| 160 | Nguyễn Tính | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 6. 01. 1959 | *(signature)* |
| 161 | Nguyễn Danh | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 04.8.1992 | *(signature)* |
| 163 | Nguyễn Lịnh | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 11.2 .1990 | *(signature)* |
| 164 | Mai Hồng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01-4-1986 | *(signature)* |
| 165 | Trần Linh | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 03.8.1950 | *(signature)* |
| 166 | Phạm Việt | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 06.8 .1964 | *(signature)* |
| 167 | Nguyễn Loan | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 2/7/ 1969 | *(signature)* |
| 168 | Nguyễn Cảnh | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 15. 11. 1991 | *(signature)* |
| 169 | Nguyễn Minh | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01. 01. 1968 | *(signature)* |
| 170 | Nguyên Thị Nghiên | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10. 6. 1931 | *(signature)* |
| 171 | Phạm Thị Hồng | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 20. 11. 1960 | *(signature)* |
| 172 | Cao Thị Vui | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.01. 1944 | *(signature)* |
| 173 | Mai Thị Hiền | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10. 6. 1943 | *(signature)* |
| | | | | |

| 174 | Mai Thị Nang | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 15.9.1946 | Nang |
| 175 | Nguyễn Thị Hợp | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10.5.1925 | Hợp |
| 176 | Nguyễn Thị Tơ | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1944 | Tơ |
| 177 | Nguyễn Thị Vi | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 1946 | Vi |
| 178 | Mai Thị Tư | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.02.1939 | Tư |
| 179 | Nguyễn Thị Phú | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 10,5,1946 | Phú |
| 170 | Nguyễn Thị Non | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 5.7.1930 | Non |
| 181 | Phạm Thí Lý | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 05.6.1949 | Lý |
| 182 | Nguyễn Thị Quân | Đội 2, Thôn Cồn Sẻ, Xã Quảng Lộc, Tx Ba Đồn, Quảng Bình | 01.8.1943 | Quân |

183  nguyễn thiết  05,6,1983          thiết
184  Phạm Dũng    01,01,1991          Dũng
185  Cao Hữu Tằm  10,10,1993          Tằm
196  Cao văn Hường  20,6,1954        Hường
187  mai Xuân Lực  07,8,1982          Lực
188  Cao Phúc      16.9.1992          P Lực
189  Cao Tường    04.5.1990          tường
190  Cao Hoà      10.11.1983          Hoà
191  nguyễn công thí  20.8.1988        thí
192  mai Diệp      25.3.1985          Diệp
193  mai ao        01.01.1947          ao

194   Phạm Thanh nghiêm   12.2.1978   nghiêm

195   nguyễn Toàn   01.01.1951   Toàn

196   Phạm thị vẽ   10.2.1949   Vẽ

197   nguyễn Văn Sâm   04.2.1993   Sâm

198   Hoàng Thành   05/08/1978   Thành

199)   Mai thị Thái   08/06/1988   Thái

200)   Mai Ác   01/01/1947   Ác.

200)   Nguyễn thị Cảnh   09/03/1942   Cảnh

201   Nguyễn Văn Khoa   20/07/1971   Khoa.

202   phạm Lộc   01/02/1971   Lộc

. Hồ Cô 201 hộ dân hiện đều ở đến số 2, Thôn Cồn Si,

Xã Quảng Lộc, Thị Xã Ba Đồn, Tỉnh Quảng Bình