JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Provisional National Government of Vietnam et al., <br><br> Plaintiffs, <br><br> v. <br><br> Walter Chen et al., <br><br> Defendants. | Case No. SACV 16-02052 AG (JCGx) <br><br> **JUDGMENT** |

The Court enters Judgment for Defendants.

Dated: March 22, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT